# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

In Re:  Marcal Paper Mills, Inc.
Debtor

Case No.: 06–21886–MS
Chapter 11

Edward P. Bond as Liquidating Trustee
Plaintiff

v.

RAK Express, Inc.
Defendant

Adv. Proc. No. 08–02723–MS                    Judge: Morris Stern

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on March 22, 2011, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 12
Order to Show Cause re: Dismissal of Adversary Proceeding for Lack of Prosecution. The following parties were served: Plaintiff's Attorney and Defendant. Signed on 3/22/2011 Show Cause hearing to be held on 4/11/2011 at 10:00 AM at MS – Courtroom 3A, Newark. (rah)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: March 22, 2011
JJW: rah

James J. Waldron
Clerk

United States Bankruptcy Court
District of New Jersey

Bond as Liquidating Trustee,
    Plaintiff

Adv. Proc. No. 08-02723-MS

RAK Express, Inc.,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: rheim     Page 1 of 1     Date Rcvd: Mar 22, 2011
                       Form ID: orderntc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2011.
dft        +RAK Express, Inc.,   4626 Cross Roads Drive,   Liverpool, NY 13088-3516

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.            TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 24, 2011**              **Signature:** _/s/ Joseph Speetjens_